JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **LETICIA AYALA, et al.**, <br><br> Defendants. | Case No. CV 14-07005 WDK-PLA <br><br> **JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Leticia Ayala, individually and doing business as Mariscos Los Kabos and Oscar Ayala, individually and doing business as Mariscos Los Kabos upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Leticia Ayala, individually and doing business as Mariscos Los Kabos and Oscar Ayala, individually and doing business as Mariscos Los Kabos, shall pay the plaintiff, J & J Sports Productions, Inc., $6,600.00 in total damages.

///

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States

1  mail or by telefax or by email, copies of this Judgment on counsel for the
2  defendants or the pro se defendants in this matter.

Dated: June 13, 2016

_____
William Keller
United States District Judge

- 2 -